# MEMORANDUM DECISIONS

THE BRIS. (Circuit Court of Appeals, Second Circuit. April 22, 1919.) No. 141. Appeal from the District Court of the United States for the Southern District of New York. Suit in admiralty by the Standard Varnish Works against the steamship Bris; Rederiaktiebolaget, claimant. Decree for claimant, and libelant appeals. Affirmed. For opinion below, see 253 Fed. 259. Julius J. Frank, of New York City, for appellant. Haight, Sandford & Smith, of New York City, for appellee. Before ROGERS and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

COMBINED LOCKS PAPER CO. v. PUSEY & JONES CO. (Circuit Court of Appeals, Seventh Circuit. April 29, 1919.) No. 2663. In Error to the District Court of the United States for the Eastern District of Wisconsin. Action by the Pusey & Jones Company against the Combined Locks Paper Company. Judgment for plaintiff, and defendant brings error. Affirmed. For opinion below, see 255 Fed. 700. George B. Hudnall, of Milwaukee, Wis., for plaintiff in error. Jackson B. Kemper, of Milwaukee, Wis., for defendant in error. Before BAKER and EVANS, Circuit Judges, and ENGLISH, District Judge.

PER CURIAM. In denying a motion for a new trial, the learned District Judge filed an opinion reported in 255 Fed. 700, under the title of Pusey & Jones Co. v. Combined Locks Paper Co., which fully and fairly sets forth the issues and the facts. We approve of the opinion and herewith adopt it. The judgment is affirmed.

EDWARDS et al. v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. April 22, 1919.) No. 1701. In Error to the District Court of the United States for the Eastern District of Virginia, at Norfolk; Edmund Waddill, Jr., Judge. Criminal prosecution by the United States against Samuel Edwards and Lee Edwards. Judgment of conviction, and defendants bring error. Affirmed. Nathaniel T. Green, of Norfolk, Va., for plaintiffs in error. Hiram M. Smith, U. S. Atty., of Richmond, Va. Before KNAPP and WOODS, Circuit Judges, and ROSE, District Judge.

PER CURIAM. Careful examination of the record in this case shows that the judge was so clearly right, and the principles of law so simple and well established, that no statement of reasons for affirming the judgment would be of value. Affirmed.

LOUISVILLE & N. R. CO. v. EVANS, U. S. District Judge. (Circuit Court of Appeals, Sixth Circuit. February 7, 1919.) No. 3266. Petition for Writ of Mandamus. Helm Bruce and Henry L. Stone, both of Louisville, Ky., for petitioner.

PER CURIAM. Leave to file petition granted, motion for rule to show cause denied, and petition dismissed.

THE MORRISTOWN. (Circuit Court of Appeals, Second Circuit. April 25, 1919.) No. 211. Appeal from the District Court of the United States for the Southern District of New York. Suit in admiralty by Henry Crew and